EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

KEIRSTEN KENNEDY
Special Assistant U.S. Attorney
Suite 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 440-9247
Facsimile:  (808) 541-2958
E-Mail: keirsten.kennedy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| IN THE MATTER OF | ) | ORDER FOR DISMISSAL AND |
|  | ) | RECALL OF BENCH WARRANTS; |
| CRIMINAL INFORMATIONS | ) | ATTACHMENT "A" |
|  | ) |  |
| _____ | ) |  |

ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANTS

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney hereby dismisses without prejudice, the Criminal Informations containing the charges against the defendants listed in Attachment "A".

     The list of cases set forth in Attachment "A" was provided to the United States by the United States Marshal Service as cases that are pending.  The United States Marshal Service has attempted to locate and serve the listed individuals

with the attached bench warrants, and after best efforts have been unable to do so.  The United States respectfully requests that the instant cases be dismissed without prejudice and the outstanding bench warrants be recalled.  The United States is not seeking to dismiss any Criminal Information or charge in which the defendant has been found guilty and/or for which a judgment of conviction has been entered.  Therefore, the United States' dismissal shall not apply to any Information or charge listed in Attachment "A" in which the defendant has been found guilty and/or a judgment of conviction has been entered.

        DATED: April 30, 2008, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

                        By /s/Keirsten Kennedy
                           KEIRSTEN H. KENNEDY
                           Special Ass't U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

    IT IS SO ORDERED.



                          /s/ Barry M. Kurren
                          United States Magistrate Judge
                          Dated: April 30, 2008

<u>IN THE MATTER OF CRIMINAL INFORMATIONS</u>
"Order for Dismissal and Recall of Bench Warrants"

**ATTACHMENT "A"**

| NAME | CRIMINAL NUMBER |
|---|---|
| Oglesby, Kenneth | 92-01155 |
| Devillanueva, Rufino | 92-01494 |
| Long, Thomas J. | 93-01994 |
| Lett, Douglas J. | 93-01728 |
| Jones, Tiffini K. | 93-00827 |
| Ketcham, Martin | 93-00869 |
| Gutierrez, Antonio R. | 94-00956 |
| Johnson, Christopher R. | 94-00527 |
| Teraoka, Ricky Y. | 01-00346 |
| Peniata, Lakisa K. | 02-00513 |
| Williams, Bryon J. | 03-00028 |
| Frazier, Sandra R. | 03-00287 |
| Godfrey, Shaun T. | 03-00442 |
| Gordon, Samuel T. | 03-00289 |
| Hattaway, Michael J. | 03-00218 |
| Hornbeck, Charlotte | 03-00033 |
| Jackson, Alvona S. | 03-00499 |
| Jacoby, Gilbert | 03-00421 |
| Jennings, Mack J. | 03-00216 |
| Johnson, Michael | 03-00018 |
| Kirk, Brandon B. | 03-00290 |
| Kirk, Brandon B. | 03-00087 |
| Kubisty, Brian J. | 03-00185 |
| Mottley, Essex D. | 03-00445 |
| Nefaties, Roy | 03-00500 |
| Schuler, Sheri | 03-00321 |
| Summerville, Eric | 03-00090 |
| Wolford, Gary P. | 03-00543 |
| Boyce, Travis J. | 03-00320 |
| Brunston, Nathaniel, Jr. | 03-00215 |
| Clark, Nathan A. | 03-00420 |