# United States District Court

## FOR THE
## HAWAII

1/88390

CR 03-00033

UNITED STATES OF AMERICA
VS.

HORNBECK, CHARLOTTE M
74 LEONUI ST
WAIPAHU    HI    96786

*Defendant.*

**MANDATORY COURT APPEARANCE IS REQUIRED.**

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| A791489 H10 | 12/06/02 |
| OFFENSE: DUI ANSWER TO AN INFORMATION | |
| A791491 H10 | 12/6/02 |
| OFFENSE: NO DRIVERS LICENSE | |

OFFENSE: DUI, .08 GRAMS OR MORE

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAY 02 2008
at __ o'clock and __ M.
SUE BEITIA, CLERK

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

Bail set at $100.00 UNSECURED BOND

WALTER A.Y.H. CHINN, CLERK

by _____
Deputy Clerk

Date: January 28, 2003

U.S. Magistrate Judge Leslie E. Kobayashi
*United States Magistrate Judge*

---

### RETURN

| RECEIVED | Date | Location |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | |

Name _____  Title _____  District _____
Date _____  Signature _____

DISMISSED
Date: APR 30 2008

# United States District Court Violation Notice

| | |
|---|---|
| Loc. Code: H-10 | Violation No.: A791489 |
| Print Officer Name: Henry | Officer No.: H6637 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| | |
|---|---|
| Date and Time of Offense: 6 Dec 02 / 2200 | Offense Charged: HRS 291E-61(a)(3) |
| Place of Offense: pkg lot adj Bldg 845, Scho. Bks, HI | |
| Offense Description: Operating a motor vehicle with .08 grams or more of alcohol on breath. | |

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| Hornbeck | Charlotte | M |

| Street Address | |
|---|---|
| 94 Leonui St. | |

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Waipahu | HI | 96786 | 4-22-80 |

| Driver's License No. | D.L. State | Social Security No. |
|---|---|---|
| 575-499-4775 | HI | 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 |

**VEHICLE DESCRIPTION**

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| GTZ 074 | HI | 89 | NISS | BK |

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
☐ I plead not guilty and promise to appear as required.

Court Address: _____

YOUR COURT DATE
Date: _____   Time: _____

Collateral (fine): MCA

For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1998
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)

Original - CVB Copy   Previous edition is obsolete.

---

A791489

JAN 28 2003
KIN

CR03 00033

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6 Dec, 02 while exercising my duties as a law enforcement officer in the Schofield District of Hawaii:

The aforementioned subject was upoken to. Due to Disorderly conduct. Further Investigation revealed Subject had been drinking alcoholic beverages, and subject was said to have driven a motor vehicle involved in a traffic accident. Subject stated several times that he did operate the vehicle. A breath sample submitted by subj tested in BK .130.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6 Dec 02
Date   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date   U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

# United States District Court
## Violation Notice

| Loc. Code | Violation No. | Officer Name | Officer No. |
|---|---|---|---|
| H-10 | A791491 | Henry | H66037 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 6 Dec 02 2200 | HRS 286-102 |

**Place of Offense:** Pkg lot adj Bldg 345 Schn Bks HI

**Offense Description:** No Drivers License.

### DEFENDANT INFORMATION

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| Hornbeck | Charlotte | M |

| Street Address | City | State | Zip Code | Date of Birth |
|---|---|---|---|---|
| 74 Leonui St | Waipahu | HI | 96786 | 4-22-80 |

| Driver's License No. | D.L. State | Social Security No. |
|---|---|---|
| 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 | HI | 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 |

### VEHICLE DESCRIPTION

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| GTZ674 | HI | 39 | NISS | BK |

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

— I wish to terminate this matter by paying the collateral shown below, enclosed.
— I plead not guilty and promise to appear as required.

**Court Address:**

**YOUR COURT DATE**
Date: _____  Time: _____

**Collateral (sig):** NLA

For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1998
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)
Original - CVB Copy    Previous edition is obsolete

---

A791491

JAN 28 2003
NW

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6 Dec, 02 while exercising my duties as a law enforcement officer in the Schofield District of Hawaii.

AFTER INVESTIGATION REVEALED ABOVE MENTIONED SUBJECT OPERATED A MOTOR VEHICLE SUBJECT WAS ASKED TO PRESENT A VALID DRIVERS LICENSE, SAME COULD NOT BE PROVIDED.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6 Dec 02    Officer Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    Date    U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998